UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-cr-171 (1) (DSD-ECW)

| | |
|---|---|
| United States of America,                     Plaintiff, v. Keanu Dewone Ross,                     Defendant. | **Order for Appointment of Counsel** |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Robert Meyers and Daniel Huddleston of the Federal Public Defender's Office for the District of Minnesota are appointed under 18 U.S.C. § 3006A.

Dated:  November 12, 2025

/s David S. Doty
Honorable David S. Doty
United States District Court Judge